United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41781
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TYRON SHAIN TARRANT,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:04-CR-118-8
---------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Tryon Shain Tarrant has
requested leave to withdraw and has filed a brief as required by
Anders v. California, 386 U.S. 738 (1967).  Tarrant received a
copy of counsel's motion but filed no response.  Our independent
review of the brief and the record discloses no nonfrivolous
issue for appeal.  Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  See
5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.